USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4/2/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

DARNELL OWENS,

                              **Plaintiff,**

               **-against-**

N.Y.C. DEPARTMENT OF SANITATION
ET AL.,

                        **Defendants.**

---------------------------------------------------------- x

: **1:11-cv-08297** (ALC)

: **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      On January 28, 2026, Plaintiff filed a motion to reopen his case. *See* ECF No. 96.

Defendants are ordered to respond to this motion indicating their position by **April 22, 2026**.

**SO ORDERED.**

**Dated:**    **April 2, 2026**
        **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**